*AO 120 (Rev. 08/10)*

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313–1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the **U.S. District Court for the District of New Jersey** on the following:
____ Trademarks or  **X** Patents. ( ____ the patent action involves 35 U.S.C. § 292.)

| DOCKET NO.<br>3:18–cv–14207–PGS–LHG | DATE FILED<br>9/24/2018 | U.S. DISTRICT COURT<br>TRENTON, NJ |
|---|---|---|
| PLAINTIFF<br>VALEANT PHARMACEUTICALS NORTH AMERICA LLC | | DEFENDANT<br>PERRIGO PHARMA INTERNATIONAL DAC |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  7,214,506 B2 | 05/08/2007 | KAKEN PHARMACEUTICAL CO., LTD. |
| 2  8,039,494 B1 | 10/18/2018 | DOW PHARMACEUTICAL SCIENCES, INC. |
| 3  8,486,978 B2 | 07/16/2013 | DOW PHARMACEUTICAL SCIENCES, INC. |
| 4  9,302,009 B2 | 04/05/2016 | DOW PHARMACEUTICAL SCIENCES, INC. |
| 5  9,566,272 B2 | 02/14/2017 | DOW PHARMACEUTICAL SCIENCES, INC. |

In the above––entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>___ Amendment   ___ Answer   ___ Cross Bill   ___ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above––entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>William T. Walsh | (BY) DEPUTY CLERK<br>s/ Jamie Holland | DATE<br>9/24/2018 |
|---|---|---|

**Copy 1**––Upon initiation of action, mail this copy to Director   **Copy 3**––Upon termination of action, mail this copy to Director
**Copy 2**––Upon filing document adding patent(s), mail this copy to Director   **Copy 4**––Case file copy