*AO 120 (Rev. 08/10)*

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the **U.S. District Court for the District of New Jersey** on the following:
____ Trademarks or **X** Patents. ( ____ the patent action involves 35 U.S.C. § 292.)

| DOCKET NO.<br>3:18–cv–14207–PGS–LHG | DATE FILED<br>9/24/2018 | U.S. DISTRICT COURT<br>TRENTON, NJ |
|---|---|---|
| PLAINTIFF<br>VALEANT PHARMACEUTICALS NORTH AMERICA LLC | | DEFENDANT<br>PERRIGO PHARMA INTERNATIONAL DAC |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  9,662,394 B2 | 05/30/2017 | DOW PHARMACEUTICAL SCIENCES, INC. |
| 2  9,861,698 B2 | 01/09/2018 | DOW PHARMACEUTICAL SCIENCES, INC. |
| 3  9,877,955 B2 | 01/30/2018 | DOW PHARMACEUTICAL SCIENCES, INC. |
| 4 | | |
| 5 | | |

In the above--entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ___ Amendment   ___ Answer   ___ Cross Bill   ___ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above--entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>William T. Walsh | (BY) DEPUTY CLERK<br>s/ Jamie Holland | DATE<br>9/24/2018 |
|---|---|---|

Copy 1--Upon initiation of action, mail this copy to Director  Copy 3--Upon termination of action, mail this copy to Director
Copy 2--Upon filing document adding patent(s), mail this copy to Director  Copy 4--Case file copy